IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JASON S. RANKIN,

                       Plaintiff,

     v.

SCOTT HORNE,

                       Defendant.

ORDER

13-cv-66-wmc
_____

Plaintiff Jason Rankin, an inmate at the La Crosse County Jail in La Crosse, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a six-month inmate account statement with his complaint.

Plaintiff's complaint was filed on January 24, 2013. Plaintiff's inmate account statement should cover the six-month period beginning approximately July 24, 2012 and ending approximately January 24, 2013. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's six-month account statement to this court.

ORDER

IT IS ORDERED that plaintiff Jason Rankin may have until February 20, 2013, in which to submit a certified copy of his inmate account statement for the period beginning approximately July 24, 2012 and ending approximately January 24, 2013. If, by February 20, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 28th day of January, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge